UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


W<span>ILLIAM</span> J<span>OHNSON</span>,
       Plaintiff,

No. 1:07-cv-1121

-v-

HONORABLE PAUL L. MALONEY

L. J<span>ONES</span>, <span>ET AL</span>.,
       Defendants.


## JUDGMENT

Having granted Defendants' motions for summary judgment and dismissed the claims against them, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date: February 18, 2010                        /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge